UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATCHMAN RAMSAMUJH,

                              Plaintiff,

            -v-

CELTIC GENERAL CONTRACTORS,
INC., *et al.*,

                              Defendants.

25-CV-8103 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court's previous order at ECF No. 18 referring this case to the Court-annexed

Mediation Program is hereby withdrawn.  The parties are directed to proceed with discovery.

SO ORDERED.

Dated: January 28, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge